**Motion Denied; Order filed June 26, 2014.**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-13-01043-CR

_____

## TONY MERLOS, Appellant

### V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 155th District Court
Austin County, Texas
Trial Court Cause No. 2011R-0105**

## ORDER

Appellant is represented by appointed counsel, Calvin Garvie. Appellant's brief was originally due March 12, 2014. We granted a total of 90 days extension of time to file appellant's brief until June 12, 2014. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On June 23, 2014, counsel filed a further request

for extension of time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We deny the request for extension and issue the following order.

Accordingly, we order Calvin Garvie to file a brief with the clerk of this Court on or before July 7, 2014. If counsel does not timely file appellant's brief as ordered, the Court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Boyce, Busby, and Wise.